The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>DEION KURTIS FRYBERG,<br>    Defendant. | CASE NO.  CR 21-040-JLR<br><br>[PROPOSED] DISCOVERY PROTECTIVE ORDER |

This matter, having come to the Court's attention on the government's motion for entry of a discovery protective order, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. **Protected Material**.

    a. The following materials are deemed Protected Material:

        i. Tulalip Police Department body camera footage from the day of Mr. Fryberg's arrest in August 2019;

        ii. Mr. Fryberg's jail calls from the Snohomish County Jail and the Federal Detention Center at SeaTac, Washington; and

        iii. Materials related to proffers from cooperating witnesses.

//
//

PROTECTIVE ORDER
*United States v. Fryberg*, CR 21-040-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. **Procedures Related to Protected Material**.

   a. The United States will make available copies of the Protected Materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the attorneys of record, and investigators, paralegals, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team").

   b. Defense counsel and members of the defense team may share and review the Protected Material with Mr. Fryberg. Defense counsel and members of the defense team acknowledge that providing copies of the Protected Material to Mr. Fryberg and other persons is prohibited and agree not to duplicate or provide copies of the Protected Material to Mr. Fryberg and other persons.

   c. Additional discovery items may be deemed by the parties to constitute Protective Material upon agreement.

   d. Any violation of these prohibitions would constitute a violation of this Protective Order. The attorneys of record for Mr. Fryberg and all members of the defense team are subject to the terms and conditions of this Protective Order. The attorneys of record for Mr. Fryberg are required to provide a copy of this Protective Order to members of the defense team, and to inform and ensure compliance with the terms of the Order by other members of the prosecution and defense teams added to the team after entry of the Order.

   e. Members of the defense team who are not employed directly by the Office of the Federal Defender, including outside experts retained by the defense, shall provide written consent and acknowledgement that they will each be bound by the terms and conditions of this Protective Order. The written consent need not be disclosed or produced to the United States unless requested by the Special Assistant United States Attorney and ordered by the Court.

   f. Nothing in this Order should be construed as imposing any discovery obligations on the government that are different from those imposed by case law and Rule 16 of the Federal Rules of Criminal Procedure.

PROTECTIVE ORDER
*United States v. Fryberg*, CR 21-040-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

       g.    *Filing*. Any protected material that is filed with the Court in connection with pre-trial motions, trial, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court. This does not entitle either party to seal their filings as a matter of course. The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

       h.    *Nontermination*. The provisions of this Protective Order shall not terminate at the conclusion of this prosecution.

       i.    *Violation of any terms of the proposed order*. Any violation of any term or condition of this Protective Order by Mr. Fryberg, his attorney(s) of record, or any member of the defense team, may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court. If Mr. Fryberg violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the violation.

       j.    *Right to review*. The parties agree that in the event that compliance with this Protective Order makes it difficult for defense counsel to adhere to their Sixth Amendment obligations, or otherwise imposes an unworkable burden on counsel, defense counsel shall bring any concerns about the terms of the Order to the attention of the government. The parties shall then meet and confer with the intention of finding a mutually acceptable solution. In the event that the parties cannot reach such a solution, defense counsel shall have the right to bring any concerns about the scope or terms of this Order to

//
//
//

PROTECTIVE ORDER
*United States v. Fryberg*, CR 21-040-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the attention of the Court.

The Clerk of the Court is directed to provide a filed copy of this Protective Order to all counsel of record.

DATED this 21st day of April, 2021.

THE HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

*/s/ Stacey R. Fernandez*
STACEY R. FERNANDEZ
Special Assistant United States Attorney

PROTECTIVE ORDER
*United States v. Fryberg*, CR 21-040-JLR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970