1

2

3

4

5

6

7

8

9

10

11

12

13

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,          )   No. CR21-040-JLR
                                   )
            Plaintiff,             )
                                   )
       v.                          )   ORDER GRANTING UNOPPOSED
                                   )   EMERGENCY MOTION FOR
                                   )   TEMPORARY RELEASE
DEION KURTIS FRYBERG,              )
                                   )
            Defendant.             )
_____)

14

15

16

17

The Court has considered Deion Fryberg's motion for temporary release from

custody to attend his grandmother's funeral pursuant to 18 U.S.C. § 3145(b) and (c),

and in keeping with 28 C.F.R. 570.33(b) and 18 U.S.C. § 3622. Mr. Fryberg shall be

temporarily released under the following conditions:

18

19

1.      Mr. Fryberg shall be released from the Federal Detention Center-SeaTac

no later than 7:45 a.m. on Thursday, June 10, 2021.

20

2.      Mr. Fryberg shall be released to the third party custody of Chris Francis.

21

22

23

24

3.      During his temporary release, the defendant shall be allowed to attend his

grandmother's funeral at the Tulalip Cemetery (the Mission Beach Cemetery) in

Tulalip, Washington. He shall either be in transit to or from the funeral services, and at

all times be in the company of Chris Francis.

25

26

4.      The defendant shall self-surrender to the Federal Detention Center-

SeaTac no later than 4:00 p.m. on Thursday, June 10, 2021.

ORDER GRANTING EMERGENCY MOTION
FOR TEMPORARY RELEASE
(*United States v. Fryberg*, No. CR21-040-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1          5.      Mr. Fryberg shall be subject to the Federal Detention Center's policies

2    regarding a return from this temporary release.

3

4          DONE this 9th day of June 2021.

5

6

7          _____

8          The Honorable James L. Robart
           U.S  District Court Judge

9

10

11

12   Presented by:

13   s/ *Sara Brin*
     Assistant Federal Public Defender
14   Attorney for Deion Fryberg

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING EMERGENCY MOTION
FOR TEMPORARY RELEASE
(*United States v. Fryberg*, No. CR21-040-JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**