THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEION KURTIS FRYBERG, <br><br> Defendant. | No. CR21-040-JLR <br><br> ORDER FOR TERMINATION OF SUPERVISED RELEASE |

THE COURT has considered Deion Fryberg's motion to terminate his remaining period of supervised release, the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Deion Fryberg's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 4th day of March 2025.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Sara Brin
Assistant Federal Public Defender
Attorney for Deion Kurtis Fryberg

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*United States v. Fryberg*, CR21-040-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100